vision, First Department. February 16, 1906.) Action by the Mishkind Feinberg Realty Company against Louis Sidorsky. No opinion. Motion denied, with leave to applicant as stated in memorandum per curiam. Order filed.

M. LINDHEIM & CO., Respondent, v. CENTRAL NAT. REALTY & CONST. CO. et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by M. Lindheim & Co. against the Central National Realty & Construction Company and others. C. J. Weschler, for appellants. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MONAHAN v. SCHENECTADY RY. CO. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) Action by Patrick Monahan against the Schenectady Railway Company. No opinion. Motion denied.

MONAHAN, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Action by Patrick Monahan against the Schenectady Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

MONTGOMERY DOOR & SASH CO., Respondent, v. YERKS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by the Montgomery Door & Sash Company against Elijah Yerks and others. C. F. Wheaton, for appellants. T. B. Friend, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MOORE, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by C. Frank Moore against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

MORAN, Respondent, v. KENT, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Edward H. Moran against Walter L. Kent. No opinion. Judgment of the Municipal Court affirmed, with costs.

MORCH, Appellant, v. WELLS, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Jennie E. Morch against J. Sheridan Wells, individually and as sheriff of Suffolk county. No opinion. Judgment and order affirmed, with costs.

In re MORRIS. (Supreme Court, Appellate Division, First Department. January 12, 1906.) In the matter of Philip A. Morris. No opinion. Application granted. Respondent disbarred.

MORRIS v. HARBURGER. (Supreme Court, Appellate Division, First Department December 8, 1905.) Action by Frederick Morris against Leo Harburger. No opinion. Motion denied.

MORRIS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Henry Morris, as administrator, etc., of John R. Morris, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MORRIS v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Nicholas Morris against the New York City Railway Company. No opinion. Motion denied, with $10 costs.

In re MORTON'S ESTATE. (Supreme Court, Appellate Division, First Department. February 13, 1906.) In the matter of the account of Lydia M. Cowles, as administratrix c. t. a. of William H. Morton, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs.

MT. MORRIS BANK, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by the Mt. Morris Bank against the New York & Harlem Railroad Company and others. No opinion. Motion denied, with $10 costs.

MOYER, Respondent, v. VILLAGE OF NELLISTON, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Irving Moyer against the village of Nelliston. No opinion. Motion to dismiss appeal denied, without costs.

MOYER, Appellant, v. VILLAGE OF NELLISTON, Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Irving Moyer against the village of Nelliston. No opinion. Order affirmed, with $10 costs and disbursements.

MULVILLE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1906.) Action by Michael Mulville against the Metropolitan Street Railway Company. B. H. Ames, for appellant. O. H. Droege, for respondent. No opinion. Judgment and order affirmed, with costs.

MUSCATINE MORTGAGE & TRUST CO. v. SCOTT. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by the Muscatine Mortgage & Trust Company against W. Irving Scott, individually, etc. No opinion. Motion denied, with $10 costs.

NEW YORK CENT. & H. R. R. CO., Respondent, v. LALLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 19, 1906.) Action by the New York Central & Hudson River Railroad